## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-01269-CMA-STV

COLONY INSURANCE COMPANY

   Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch
DOES 1-10

   Defendants,

---

## ENTRY OF APPEARANCE BY MICHAEL NOLT

---

To:  The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this

case as counsel for:

 R.W., a minor_____


   DATED at Denver, Colorado this 27th day of May, 2020.

      Respectfully Submitted,

      *s/ Michael Nolt*
      Michael Nolt
      Kishinevsky & Raykin, LLC
      2851 S. Parker Road, Suite 150
      Aurora, Colorado  80014
      Tel: (720) 863-4256
      Fax: (720) 748-8894
      michael@coloradolawteam.com

_____
Attorney for Defendant – R.W.


**CERTIFICATE OF SERVICE**

I hereby certify that on May 27th, 2020, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Ashley M. Hernandez-Schlagel
Nathan Dumm & Mayer PC
7900 East Union Avenue
Denver Corporate Center III
Suite 600
Denver, CO 80237-2776
303-691-3737
Fax: 303-757-5106
Email: aschlagel@ndm-law.com
ATTORNEY FOR DEFENDANT CALDWELL

Marni Nathan Kloster
Nathan Dumm & Mayer PC
7900 East Union Avenue
Denver Corporate Center III
Suite 600
Denver, CO 80237-2776
303-691-3737
Fax: 303-757-5106
Email: mkloster@ndm-law.com
ATTORNEY FOR DEFENDANT CALDWELL

Jay Richard Graif
Gust Rosenfeld PLC-Phoenix
One East Washington Street
Suite 1600
Phoenix, AZ 85004
602-257-7422
Fax: 602-254-4878
Email: jgraif@gustlaw.com
ATTORNEY FOR PLAINTIFF COLONY INSURANCE

_s/ Chris Mack_

Chris Mack, Paralegal

Kishinevsky & Raykin, LLC