IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:20-cv-1269-CMA-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: June 24, 2020 | Courtroom Deputy: Monique Ortiz |

*Parties:*               *Counsel:*

COLONY INSURANCE COMPANY              Jennifer C. Kalvestran

    Plaintiff,

v.

BRISTLECONE   MONTESSORI
SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL, and           Marni Kloster
R.W.                                     Michael Nolt

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**
**Court in session:  1:34 p.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on Defendant Jessica Terrizzi Caldwell's Motion to Stay Proceedings and Any Compulsory Counterclaim [Doc. No. 16, filed 5/29/2020].

Arguments by counsel.

For the reasons as stated on the record it is:

**ORDERED:**     Defendant Jessica Terrizzi Caldwell's Motion to Stay Proceedings and Any Compulsory Counterclaim [Doc. No. 16] is **GRANTED.**  A Status Conference is set for **September 24, 2020 at 9:00 a.m.** before Magistrate Judge Varholak.  Parties may participate by telephone by

calling 888-808-6929 at the scheduled time and utilizing access code: 2805116#.

HEARING CONCLUDED.
**Court in recess:  2:07 p.m.**
Time In Court:      00:33

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.