IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: September 24, 2020 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01269-CMA-STV

*Parties*:                                              *Counsel*:

COLONY INSURANCE COMPANY          Jennifer C. Kalvestran

     Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL                Marni Kloster
R.W.                                                         Michael Nolt

     Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**
**Court in session:   9:01 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding the status of the case.

Statements by the court.

Statements by the parties.

For the reasons stated on the record, it is:

**ORDERED:**     Discovery remains stayed in this case.  A Status Conference is set for **December 17, 2020 at 10:30 a.m.** before Magistrate Judge Varholak.  Parties shall call (888-808-6929) and utilize Access Code: 2805116#, at the designated date and time to participate in

    the hearing.


HEARING CONCLUDED.

**Court in recess:**  **9:08 a.m.**
Total In-Court Time: 00:07

To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 OR AB Litigation Services at (303) 629-8534.