# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1269-CMA-STV

COLONY INSURANCE COMPANY,

    Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W.,

    Defendants.

_____

# ORDER TO SHOW CAUSE
_____

Magistrate Judge Scott T. Varholak

    This matter is before the Court *sua sponte* upon Plaintiff's failure to effect service on Defendants Bristlecone Montessori School and Ruthann Sherrier. Plaintiff initiated this civil action on May 6, 2020. [#1] As of the filing of this Order to Show Cause, neither Defendant has entered an appearance in this matter and Plaintiff has not filed an affidavit of service with the Court for either Defendant as required by Federal Rule of Civil Procedure 4(l).[1]

    Pursuant to Federal Rule of Civil Procedure 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In addition, D.C.COLO.LCivR 41.1 provides:

---

[1] Pursuant to Rule 4(l)(1), "Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."

A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

Accordingly, because over 200 days have passed since Plaintiff filed his complaint and no proof of service as to either Defendant has been filed, **IT IS ORDERED** that:

1. Plaintiff shall show cause in writing on or before **December 28, 2020**, why Plaintiff's Claims against Defendants Bristlecone Montessori School and Ruthann Sherrier should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and D.C.COLO.LCivR 41.1.

2. Plaintiff is specifically advised that failure to comply with this Order and timely show cause on or before December 28, 2020 **will result in a Recommendation that Plaintiff's claims against Defendants Bristlecone Montessori School and Ruthann Sherrier be dismissed**.

3. The Status Conference set for December 17, 2020 10:30 AM is VACATED and RESET for January 12, 2021 11:00 AM. The parties shall attend the conference by telephone by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called.

DATED: December 7, 2020              BY THE COURT:

                                     s/Scott T. Varholak
                                     United States Magistrate Judge