### AFFIDAVIT OF JAY R. GRAIF IN SUPPORT OF VERIFIED MOTION FOR SERVICE BY PUBLICATION OR ON DEFENSE COUNSEL; REQUEST FOR ENLARGEMENT OF TIME TO SERVE

State of Arizona         )
                         )  ss.
County of Maricopa       )

The undersigned, being duly sworn upon her oath, deposes and says as follows:

1. I, Jay R. Graif, am an attorney duly admitted to practice before this court. I am a partner with Gust Rosenfeld, PLC, attorneys of record for Colony Insurance Company ("CIC"). I make this Affidavit in support of Plaintiff's Motion for Alternative Service, as required by Federal Rule 4 and Colorado Rule of Civil Procedure 4(f). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. I caused the retention of Top Hat File and Serve, Inc. ("Top Hat") to personally serve Ruthann Sherrier ("Ms. Sherrier") at her personal residence, where she currently resides.

3. As instructed, after locating Ms. Sherrier's last known physical address (located at 148 Summit Drive, #A6, Dillon, Summit County, Colorado, 80435), Top Hat attempted to personally serve her at that location six (6) different times. A true and correct copy of Top Hat's Affidavit of Non-Service is attached hereto as Exhibit A.

4. As indicated in Exhibit A, Top Hat was not able to personally serve Ms. Sherrier at her last known address, nor was Top Hat able to serve Ms. Sherrier by

substitute service at her last known address, as no one answered the door to her residence.

5. Top Hat was able to confirm from a neighbor that the address noted in Paragraph 3 of this Affidavit is Ms. Sherrier's last known address, as indicated in Exhibit A.

6. CIC was not able to locate any current workplace information for Ms. Sherrier.

7. I also caused the retention of Top Hat to personally serve Bristlecone Montessori School, ("Bristlecone") at its last known physical address, located at 272 N. Main St., Alma, Park County, Colorado, 80420.

8. As instructed, after locating Bristlecone's last known physical address, Top Hat attempted to personally serve Bristlecone four (4) times. A true and correct copy of Top Hat's Affidavit of Non-Service for Bristlecone at its last known address is attached hereto as Exhibit B.

9. As indicated in Exhibit B, Top Hat was not able to personally serve any authorized agent of Bristlecone, as Bristlecone had vacated the building, and the building itself had been gutted at the time of the last attempted service.

10. As permitted by the Colorado Rules, I also caused service on Bristlecone to be attempted by certified mail at Bristlecone's last registered agent (Bethany Boland c/o Bristlecone Montessori School, PO Box 2036, Alma, Colorado). A true and correct copy of the correspondence attempting service on Bristlecone by registered mail, with tracking number and return receipt requested, is attached hereto as Exhibit C, Bristlecone is "delinquent" for failure to file a periodic report.

11. As indicated in Exhibit C, the attempt to serve Bristlecone through certified mail on its last registered agent was unsuccessful, as it was returned to CIC's counsel and noted as "Unable to Forward."

12. As permitted by Colorado Rules, I also caused service to be attempted on Bristlecone by certified mail to Bristlecone's principal address (272 N Main Street, Alma, CO 80420). A true and correct copy of the correspondence attempting service on Bristlecone by registered mail, with tracking number and return receipt requested, is attached hereto as Exhibit D.

13. As indicated in Exhibit D, the attempt to serve Bristlecone at its principal address through certified mail was also unsuccessful, as it was returned to CIC's counsel and noted as "Unable to Forward."

14. Bristlecone was successfully served with process in the underlying liability action, on or about September 2019.

15. Ms. Sherrier was successfully served with process in the underlying liability action, on or about March 2020.

16. Both Bristlecone and Ms. Sherrier tendered the underlying liability action to CIC, and in response to that tender, CIC agreed to provide a defense to Bristlecone and Ms. Sherrier under a reservation of rights, including but not limited to the bases at issue in this coverage action.

17. Thus, CIC retained James Murdock at Taylor Anderson, LLP, 1670 Broadway, Suite 900, Denver, Colorado, 80202 as defense counsel for Bristlecone and Ms. Sherrier, pursuant to CIC's reservation of rights.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2020.

*/s/ Jay R. Graif*

Jay R. Graif

Subscribed and sworn (or affirmed) before me this 17th day of December, 2020.

*/s/ Brittany Leonard*

Notary Public Signature

**BRITTANY LEONARD**
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 14, 2021

My Commission Expires: 4-14-21

4