# **EXHIBITS**

**A.**   Affidavit of Non-Service for RuthAnn Sherrier

**B.**   Affidavit of Non-Service for Bristlecone Montessori School

**C.**   Proof of Certified Mailing to Statutory Agent for Bristlecone

**D.**   Proof of Certified Mailing to Bristlecone Montessori School

**EXHIBITS**
AFFIDAVIT OF JAY R. GRAIF IN SUPPORT OF VERIFIED
MOTION FOR SERVICE BY PUBLICATION OR ON DEFENSE COUNSEL;
REQUEST FOR ENLARGEMENT OF TIME TO SERVE

*20-cv-01269-CMA-STV*