# EXHIBIT A

# AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 20-CV-01269-CMA-STV

Plaintiff:
**COLONY INSURANCE COMPANY**

vs.

Defendants:
**BRISTLECONE MONTESSORI SCHOOL, RUTHANN SHERRIER, JESSICA TERRIZZI CALDWELL, R.W. a minor individually and by and this his guardian and next friend, Tina Satch, DOES 1-10**

For:
Jay R. Graif, Esq.
Gust Rosenfeld, P.L.C.
One East Washington St., #1600
Phoenix, AZ 85004

Received by Top Hat File and Serve, Inc. to be served on **RUTHANN SHERRIER, 148 SUMMIT DR., #A6, DILLON, Summit County, CO 80435**.

I, Lynn Basile, being duly sworn, depose and say that on the **10th day of August, 2020** at **9:30 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF and PLAINTIFF'S CORPORATE DISCLOSURE.** After due search, careful inquiry and diligent attempts was unable to serve on **RUTHANN SHERRIER** for the reasons detailed in the comments below.

### Additional Information pertaining to this Service:
7/11/2020  11:36 am  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/still no answer; no car in assigned parking space.
7/17/2020  7:30 pm  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/still no answer; no car in assigned parking space.
7/26/2020  5:05 pm  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/still no answer; no car in assigned parking space.
8/1/2020  3:05 pm  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/still no answer; no car in assigned parking space.
8/7/2020  1:21 pm  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/no car in assigned spot for this condo; no answer. Neighbor next door verified defendant currently lives here.
8/7/2020  2:32 pm  Attempted Service: 148 SUMMIT DR., #A6, DILLON, CO 80435/still no answer; no car in assigned parking space.

### Service Fee Items:
| | |
|---|---|
| Non Est Service of Summons and Complaint | $125.00 |
| Total | $125.00 |

## AFFIDAVIT OF NON-SERVICE For 20-CV-01269-CMA-STV

I affirm under oath, and under penalty of perjury, that am over the age of 18, that I am not a party to this action, that I have read the foregoing Affidavit of Service, and that the statements set forth therein are true and correct to the best of my knowledge.

**KELSI RICHARDSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20204002262**
**MY COMMISSION EXPIRES 01/17/2024**

State of Colorado
                    ss
County of Arapahoe

Affirmed on the 10th day of August, 2020 by the affiant who is personally known to me.

Notary Public

Lynn Basile
Process Server

**Top Hat File and Serve, Inc.**
**3025 South Parker Road**
**Suite #705**
**Aurora, CO 80014**
**(877) 230-4794**

Our Job Serial Number: THF-2020005847

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k