Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:47 pm, Feb 08, 2021
JEFFREY P. COLWELL, CLERK

Colony Insurance Company

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bristlecone Montessori School
Ruthann Sherrier, Jessica Terrizzi Caldwell, R.W., a minor individually and by and through his guardian and next friend, Tina Satch, DOES 1-10

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.   Civil Action No. 20-cv-01269-CMA-STV
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   Yes   No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ruthann Sherrier |
| Street Address | 910 Jones Street |
| City and County | Berkeley, Alameda |
| State and Zip Code | CA 94710 |
| Telephone Number | 970 3899014 |
| E-mail Address | rrphyss75@gmail.com |

### II. The Answer and Defenses to the Complaint

Page 1 of 7

Case 1:20-cv-01269-CMA-STV   Document 38   Filed 02/08/21   USDC Colorado   Page 2 of 4

Ruthann Sherrier's response to Civil Case: 20-cv-01269-CMA-STV

2/7/21

I am responding to Colony Insurance Company's Civil Action against Ruthann Sherrier - Civil Case: 20-cv-01269-CMA-STV.

Question 3. Ruthann Sherrier no longer lives in Park County, Colorado

Question 11. Denied - The Child R.W. was not bullied, sexually abused and assault while the school was in session.

Question 12. Denied - In regards to the Underlaying Action the Plaintiff's accusations are false.

Question 13. Denied - In regards to the Underlaying Action the Plaintiff's accusations are false.

Question 13. Denied - In regards to the Underlaying Action the Plaintiff's accusations are false.

Question 17. Ms Sherrier has been served in the Underlaying Action.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/7/2021

Signature of Defendant: *[signature]*

Printed Name of Defendant: Ruthann Sherrier

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

1/18/21  4:25

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLONY INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> BRISTLECONE MONTESSORI SCHOOL, RUTHANN SHERRIER, JESSICA TERRIZZI CALDWELL, R.W., a minor, individually and by and through his guardian and next friend, Tina Satch, DOES 1-10 <br><br> *Defendant(s)* | Civil Action No. 20-cv-01269-CMA-STV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRISTLECONE MONTESSORI SCHOOL, 272 N. Main St., Alma, CO 80420

RUTHANN SHERRIER, 437 Ansley Ave., Alma, CO 80420

JESSICA TERRIZZI CALDWELL, 180 Timber Ln., Breckenridge, CO 80424

R.W., a minor, individually and by and through his guardian and next friend, Tina Satch, 1457 Bluestem Way, Fairplay, CO 80440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay R. Graif, Jennifer Kalvestran
Gust Rosenfeld PLC
1624 Market St. #202
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 05/14/2020

s/A. Hinojosa-Lavalle
*Signature of Clerk or Deputy Clerk*