IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: February 17, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01269-CMA-STV

*Parties*:                                                    *Counsel*:

COLONY INSURANCE COMPANY            Jennifer C. Kalvestran

     Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER                            Pro Se
JESSICA TERRIZZI CALDWELL               Marni Kloster
R.W.                                                     Igor Raykin, Michael Nolt

     Defendants.

---

**COURTROOM MINUTES**

---

**TELEPHONIC STATUS CONFERENCE**
**Court in session:  11:04 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding the status of the case.  The court notes that there is still one named Defendant who has not been served.  Ms. Kalvestran updates the court regarding service of Defendants Ruthann Sherrier and Bristlecone Montessori School.  Parties are in the process of determining if Defendant Ruthann Sherrier is the proper person to serve for Bristlecone Montessori School.

Ms. Sherrier states that she was only an employee of Bristlecone Montessori School.

The court suggests continuing this matter for 45 days to allow additional time for Defendant Bristlecone Montessori School to be served.  Parties have no objection.

For the reasons stated on the record, it is:

**ORDERED:**      A Telephone Status Conference is set for **April 6, 2021 at 10:15 a.m. (mountain time)** before Magistrate Judge Varholak.  Parties shall call (888-808-6929) and utilize Access Code: 2805116#, at the scheduled date and time to participate in the hearing.

HEARING CONCLUDED.

**Court in recess:**    **11:11 a.m.**
Total In-Court Time:    00:07

To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 <u>OR</u> AB Litigation Services at (303) 629-8534.