# AFFIDAVIT OF JAY R. GRAIF IN SUPPORT OF SECOND VERIFIED MOTION FOR SERVICE OF DEFENDANT BRISTLECONE MONTESSORI SCHOOL

State of Arizona           )
                           )  ss.
County of Maricopa         )

The undersigned, being duly sworn upon her oath, deposes and says as follows:

1. I, Jay R. Graif, am an attorney duly admitted to practice before this court. I am a partner with Gust Rosenfeld, PLC, attorneys of record for Colony Insurance Company ("CIC"). I make this Affidavit in support of Plaintiff's Second Motion for Alternative Service, as required by Federal Rule 4 and Colorado Rule of Civil Procedure 4(f). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. I caused the retention of Top Hat to personally serve Bristlecone Montessori School, ("Bristlecone") at its last known physical address, located at 272 N. Main St., Alma, Park County, Colorado, 80420.

3. As instructed, after locating Bristlecone's last known physical address, Top Hat attempted to personally serve Bristlecone four (4) times. A true and correct copy of Top Hat's Affidavit of Non-Service for Bristlecone at its last known address is attached hereto as **Exhibit A**.

4. As indicated in **Exhibit A**, Top Hat was not able to personally serve any authorized agent of Bristlecone, as Bristlecone had vacated the building, and the building itself had been gutted at the time of the last attempted service.

1

5.     As permitted by Colorado Rules, I also caused service to be attempted on Bristlecone by certified mail to Bristlecone's principal address (272 N Main Street, Alma, CO 80420).  A true and correct copy of the correspondence attempting service on Bristlecone by registered mail, with tracking number and return receipt requested, is attached hereto as **Exhibit B**.

6.     As indicated in **Exhibit B**, the attempt to serve Bristlecone at its principal place of business through certified mail was also unsuccessful, as it was returned to CIC's counsel and noted as "Unable to Forward."

7.     This principal place of business was confirmed with the Colorado Secretary of State, as confirmed through the Secretary of State's website, a true and correct copy of which is attached as **Exhibit C**.

8.     Moreover, CIC was unable to locate any new physical address for Bristlecone, as confirmed through a Google search showing the same address as that listed in Paragraph 5, which also shows Bristlecone as "permanently closed."  A true and correct copy of this Google finding is attached hereto as **Exhibit D**.

9.     Bristlecone is also listed as "delinquent" with the Colorado Secretary of State for failure to file a periodic report.  A true and correct copy of this filing is attached hereto as **Exhibit C**.

10.    As permitted by the Colorado Rules, I also caused service on Bristlecone to be attempted by certified mail at Bristlecone's last registered agent (Bethany Boland c/o Bristlecone Montessori School, PO Box 2036, Alma, Colorado).  A true and correct copy of the correspondence attempting service on Bristlecone by registered mail, with tracking

number and return receipt requested, is attached hereto as **Exhibit E.**

11. As indicated in **Exhibit E,** the attempt to serve Bristlecone through certified mail on its last registered agent was unsuccessful, as it was returned to CIC's counsel and noted as "Unable to Forward."

12. Moreover, Ms. Boland resigned as the registered agent on June 19, 2019, and no registered agent has been appointed in her place. A true and correct copy of the documents filed with the Colorado Secretary of State in connection with Ms. Boland's resignation are attached hereto as **Exhibit F**.

13. Bristlecone was served in the underlying liability action, through a Director, Ms. Brandi Arts, on or about September 2019. A true and correct copy of the proof of service, showing Ms. Arts as a Director, is attached hereto as **Exhibit G**.

14. On January 19, 2021, Ms. Ruthann Sherrier was served in this action, as an individual defendant and on behalf of Bristlecone. A true and correct copy of these proofs of service are on file with this Court.

15. Before serving Ms. Sherrier on behalf of Bristlecone, CIC engaged in the necessary due diligence, to ensure she may be the proper person to receive service on behalf of Bristlecone. In particular, CIC located allegations from the complaint in the underlying liability action that Ms. Sherrier was a "director" of Bristlecone, like Ms. Arts. A true and correct copy of the complaint filed in the underlying liability action is attached hereto as **Exhibit H**.

16. CIC also located the application for insurance, which indicates that Ms. Sherrier is the individual responsible for handling insurance matters. A true and correct,

redacted copy of the application for insurance so showing is attached hereto as **Exhibit I**.

17. Ms. Sherrier has disputed that she is the proper person to receive service of process, and has provided the names of various board members of Bristlecone. A true and correct copy of relevant portions of this electronic communication providing a list of the relevant board members is attached hereto as **Exhibit J**.

18. I caused to be confirmed that the list of board members coincide with the first names of board members that counsel for CIC located with the Colorado Secretary of State, to narrow down those who may be most appropriate to receive service of this action on behalf of Bristlecone, should it be found that Ms. Sherrier is not the appropriate person to receive service. A true and correct copy of those documents filed with the Colorado Secretary of State are attached hereto as **Exhibit K**.

19. CIC has not located any "owner" of Bristlecone, and Ms. Sherrier has advised that as Bristlecone is a non-profit, there is no owner. The board are the "owners," per se, and they are who should be served.

20. Bristlecone tendered the underlying liability action to CIC, and in response to that tender, CIC agreed to provide a defense to Bristlecone under a reservation of rights, including but not limited to the bases at issue in this coverage action.

21. Thus, CIC retained James Murdock at Taylor Anderson, LLP, 1670 Broadway, Suite 900, Denver, Colorado, 80202 as defense counsel for Bristlecone, pursuant to CIC's reservation of rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March, 2021.

_____
Jay R. Graif

Subscribed and sworn (or affirmed) before me this 18th day of March, 2021 by Jay R. Graif.

_____
Notary Public Signature

**BRITTANY LEONARD**
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 14, 2021

My Commission Expires: 4-14-21

5