## Index of Exhibits

A. Top Hat's Affidavit of Non-Service for Bristlecone.

B. Correspondence attempting service on Bristlecone's principal address by registered mail.

C. Colorado Secretary of State Website Information.

D. Google finding of Bristlecone.

E. Correspondence attempting service on Bristlecone's last registered agent by registered mail.

F. Documents filed with the Colorado Secretary of State in connection with Ms. Boland's resignation.

G. Affidavit of Service of Ms. Brandi Arts in the underlying action.

H. Complaint filed in the underlying action.

I. Application for insurance.

J. Communication providing a list of the relevant board members.

K. Documents filed with the Colorado Secretary of State in connection with Board Members.

# EXHIBITS

# EXHIBIT A

## AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 20-CV-01269-CMA-STV

Plaintiff:
**COLONY INSURANCE COMPANY**

vs.

Defendants:
**BRISTLECONE MONTESSORI SCHOOL, RUTHANN SHERRIER, JESSICA TERRIZZI CALDWELL, R.W. a minor individually and by and this his guardian and next friend, Tina Satch, DOES 1-10**

For:
Jay R. Graif, Esq.
Gust Rosenfeld, P.L.C.
One East Washington St., #1600
Phoenix, AZ 85004

Received by Top Hat File and Serve, Inc. to be served on **BRISTLECONE MONTESSORI SCHOOL, 272 N. MAIN ST., ALMA, Park County, CO 80420**.

I, Zane Krasomil, being duly sworn, depose and say that on the **24th day of July, 2020** at **1:49 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF and PLAINTIFF'S CORPORATE DISCLOSURE** because all reasonable inquires suggest the defendant moved to an undetermined address.

**Additional Information pertaining to this Service:**
7/10/2020  11:30 am  Attempted service at 272 N. MAIN ST., ALMA, CO 80420, closed due to COVID sign says nothing else
7/15/2020  1:50 pm  Attempted service at 272 N. MAIN ST., ALMA, CO 80420, still closed no cars in lot
7/21/2020  11:15 am  Attempted service at 272 N. MAIN ST., ALMA, CO 80420, still closed but there is now some construction equipment around the school
7/24/2020  1:48 pm  Attempted service at 272 N. MAIN ST., ALMA, CO 80420, the location is being gutted and company no longer exists, a worker said they haven't been in business for a year and the name had changed like 3 times then closed up shop.

**Service Fee Items:**

| | |
|---|---|
| Non Est Service of Summons and Complaint | $125.00 |
| Total | $125.00 |

I affirm under oath, and under penalty of perjury, that am over the age of 18, that I am not a party to this action, that I have read the foregoing Affidavit of Service, and that the statements set forth therein are true and correct to the best of my knowledge.

State of Colorado
                 ss
County of Arapahoe

Affirmed on the 27th day of July, 2020 by the affiant who is personally known to me.

Notary Public

**KELSI RICHARDSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20204002262**
**MY COMMISSION EXPIRES 01/17/2024**

Zane Krasomil

Top Hat File and Serve, Inc.
3025 South Parker Road
Suite #705
Aurora, CO 80014
(877) 230-4794

Our Job Serial Number: THF-2020005846

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k