# EXHIBIT C





**For this Record...**
**Filing history and documents**
**File a form**
**Subscribe to email notification**
**Unsubscribe from email notification**

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Summary

| Details | | | |
|---|---|---|---|
| Name | Bristlecone Montessori School | | |
| Status | Delinquent | Formation date | 04/01/2006 |
| ID number | 20061064663 | Form | Nonprofit Corporation |
| Periodic report month | April | Jurisdiction | Colorado |
| Principal office street address | 272 N. Main St, Alma, CO 80420, United States | | |
| Principal office mailing address | P.O. Box 236, Alma, CO 80420, United States | | |

Log in to secure business filing

Filing history and documents

Get certified copies of documents

File a form

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility




**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name**: Bristlecone Montessori School
**ID number**: 20061064663

Print-friendly version

[Next 20>]

**1**  2  3

**Found 42 matching record(s).  Viewing page 1 of 3.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Statement of Reservation of Name | 02/12/2006 | 02/12/2006 | 02/12/2006 08:04 PM | 20061064663 | |
| 2 | Articles of Incorporation | 03/14/2006 | 03/14/2006 | 04/01/2006 11:59 PM | 20061111459 | |
| 3 | postcard notification printed 03/23/2007 to be mailed 04/01/2007 | 03/23/2007 | 03/23/2007 | 03/23/2007 04:23 AM | | annual report due: 06/30/2007 |
| 4 | Report | 04/19/2007 | 04/19/2007 | 04/19/2007 10:21 AM | 20071190561 | Change of Registered Agent Address |
| 5 | Articles of Amendment | 04/20/2007 | 04/20/2007 | 04/20/2007 09:53 AM | 20071192500 | |
| 6 | postcard notification printed 03/23/2008 to be mailed 04/01/2008 | 03/23/2008 | 03/23/2008 | 03/23/2008 05:50 AM | | annual report due: 06/30/2008 |
| 7 | Report | 05/15/2008 | 05/15/2008 | 05/15/2008 07:32 AM | 20081267304 | |
| 8 | postcard notification printed 03/23/2009 to be mailed 04/01/2009 | 03/23/2009 | 03/23/2009 | 03/23/2009 04:17 AM | | annual report due: 06/30/2009 |
| 9 | Report | 06/14/2009 | 06/14/2009 | 06/14/2009 11:11 AM | 20091325013 | Change of Entity Address |
| 10 | postcard notification printed 03/23/2010 to be mailed 04/01/2010 | 03/23/2010 | 03/23/2010 | 03/23/2010 04:43 AM | | annual report due: 06/30/2010 |
| 11 | Report | 05/20/2010 | 05/20/2010 | 05/20/2010 10:44 AM | 20101291240 | |
| 12 | postcard notification printed 03/23/2011 to be mailed 04/01/2011 | 03/23/2011 | 03/23/2011 | 03/23/2011 03:52 AM | | periodic report due: 06/30/2011 |
| 13 | Report | 06/23/2011 | 06/23/2011 | 06/23/2011 03:03 PM | 20111358903 | Change of Registered Agent / Change of Registered Agent Address |
| 14 | Periodic Report due | 03/23/2012 | 03/23/2012 | 03/23/2012 02:58 AM | | Periodic Report due by: 06/30/2012 |
| 15 | Report | 05/14/2012 | 05/14/2012 | 05/14/2012 01:47 PM | 20121268351 | |
| 16 | Periodic Report due | 03/23/2013 | 03/23/2013 | 03/23/2013 03:14 AM | | Periodic report due by: 06/30/2013 |
| 17 | Periodic Report due in one week | 06/24/2013 | 06/24/2013 | 06/24/2013 02:11 AM | | Periodic report due by: 06/30/2013 |
| 18 | Change in Status: Noncompliant for failure to file Periodic Report | 07/01/2013 | 07/01/2013 | 07/01/2013 01:38 AM | | Entity noncompliant and will become delinquent on: 08/31/2013 |
| 19 | Report | 07/01/2013 | 07/01/2013 | 07/01/2013 08:24 AM | 20131386308 | |
| 20 | Periodic Report due | 03/24/2014 | 03/24/2014 | 03/24/2014 07:27 PM | | Periodic report due by: 06/30/2014 |

[ Return to Summary ]

Terms & conditions | Browser compatibility




**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name**: Bristlecone Montessori School
**ID number**: 20061064663

Print-friendly version

[<Prev 20]                                                                                                                    [Next 2>]

                                                1  2  3
                        Found 42 matching record(s).  Viewing page 2 of 3.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # *(click to view)* | Comment |
|---|---|---|---|---|---|---|
| 21 | Report | 06/19/2014 | 06/19/2014 | 06/19/2014 06:13 PM | 20141373477 | |
| 22 | Periodic Report due | 03/23/2015 | 03/23/2015 | 03/23/2015 03:01 AM | | Periodic report due by: 06/30/2015 |
| 23 | Periodic Report due in one week | 06/24/2015 | 06/24/2015 | 06/24/2015 01:53 AM | | Periodic report due by: 06/30/2015 |
| 24 | Report | 06/24/2015 | 06/24/2015 | 06/24/2015 10:59 AM | 20151412028 | |
| 25 | Periodic Report due | 03/23/2016 | 03/23/2016 | 03/23/2016 02:27 AM | | Periodic report due by: 06/30/2016 |
| 26 | Periodic Report due in one week | 06/24/2016 | 06/24/2016 | 06/24/2016 01:48 AM | | Periodic report due by: 06/30/2016 |
| 27 | Change in Status: Noncompliant for failure to file Periodic Report | 07/01/2016 | 07/01/2016 | 07/01/2016 01:31 AM | | Entity noncompliant and will become delinquent on: 08/31/2016 |
| 28 | Report | 08/16/2016 | 08/16/2016 | 08/16/2016 11:40 AM | 20161548830 | |
| 29 | Periodic Report due | 03/23/2017 | 03/23/2017 | 03/23/2017 02:23 AM | | Periodic report due by: 06/30/2017 |
| 30 | Periodic Report due in one week | 06/24/2017 | 06/24/2017 | 06/24/2017 01:49 AM | | Periodic report due by: 06/30/2017 |
| 31 | Report | 06/30/2017 | 06/30/2017 | 06/30/2017 06:55 AM | 20171506258 | |
| 32 | Periodic Report due | 03/23/2018 | 03/23/2018 | 03/23/2018 02:27 AM | | Periodic report due by: 06/30/2018 |
| 33 | Periodic Report due in one week | 06/24/2018 | 06/24/2018 | 06/24/2018 02:00 AM | | Periodic report due by: 06/30/2018 |
| 34 | Change in Status: Noncompliant for failure to file Periodic Report | 07/01/2018 | 07/01/2018 | 07/01/2018 01:32 AM | | Entity noncompliant and will become delinquent on: 08/31/2018 |
| 35 | Report | 07/04/2018 | 07/04/2018 | 07/04/2018 02:35 PM | 20181533740 | |
| 36 | Report | 03/20/2019 | 03/20/2019 | 03/20/2019 04:33 PM | 20191237798 | Change of Registered Agent |
| 37 | Statement of Change | 06/19/2019 | 06/19/2019 | 06/19/2019 09:18 AM | 20191496276 | Registered agent information changed;Registered agent resigned; |
| 38 | Change in Status | 07/20/2019 | 07/20/2019 | 07/20/2019 12:30 AM | | Failure to maintain registered agent |
| 39 | Change in Status | 09/18/2019 | 09/18/2019 | 09/18/2019 12:30 AM | | Failure to maintain registered agent |
| 40 | Periodic Report due | 03/23/2020 | 03/23/2020 | 03/23/2020 02:40 AM | | Periodic report due by: 06/30/2020 |

Return to Summary

Terms & conditions | Browser compatibility



**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name**: Bristlecone Montessori School
**ID number**: 20061064663

🖶 Print-friendly version

[<Prev 20]

1  2  3

**Found 42 matching record(s).  Viewing page 3 of 3.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 41 | Periodic Report due in one week | 06/24/2020 | 06/24/2020 | 06/24/2020 02:00 AM | | Periodic report due by: 06/30/2020 |
| 42 | Change in Status: Noncompliant for failure to file Periodic Report | 07/01/2020 | 07/01/2020 | 07/01/2020 01:31 AM | | Entity noncompliant and will become delinquent on: 08/31/2020 |

Return to Summary

Terms & conditions | Browser compatibility