# EXHIBIT D

Bristlecone Montessori School



Map data ©2021    1000 ft 



### Bristlecone Montessori School
**Permanently closed**

                
Directions    Save    Nearby    Send to your phone    Share

 272 N Main St, Alma, CO 80420

 Permanently closed

 (719) 836-2552

 7WPP+P4 Alma, Colorado

 Claim this business

## Photos


All


Street View & 360°

## People also search for


Breckenridge Mon…
No reviews
Preschool


Rocky Mountain …
No reviews
Preschool


Mountai…
No reviews
Preschool

## Web results