# EXHIBIT F



Colorado Secretary of State
Date and Time: 06/19/2019 09:18 AM
ID Number: 20061064663

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Document number: 20191496276
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Change
### Regarding Resignation or Other Termination of Registered Agent
filed pursuant to § 7-90-305.5 and § 7-90-702 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

    Entity ID number         20061064663
                             *(Colorado Secretary of State ID number)*

    Entity name or True name    Bristlecone Montessori School.

2. The date on which such registered agent resigned or otherwise ceased to be the registered agent is
   06/19/2019.
   *(mm/dd/yyyy)*

3. The registered agent has resigned or otherwise is no longer the registered agent.

   The name and address of such registered agent are

   Name
   (if an individual)    Boland     Bethany
                         *(Last)*   *(First)*   *(Middle)*   *(Suffix)*

   or

   (if an entity)
   *(Caution: Do not provide both an individual and an entity name.)*

   Street address    272 N. Main St
                     *(Street number and name)*

                     Alma                  CO        80420
                     *(City)*             *(State)*  *(Zip Code)*

   Mailing address         PO Box 236
   (leave blank if same as street address)   *(Street number and name or Post Office Box information)*

                     Alma                  CO        80420.
                     *(City)*             *(State)*  *(Zip Code)*

4. *(If applicable, adopt the following statement by marking the box.)*
   ☒ Such registered agent has delivered notice of the change to the entity.

5. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
   ☒ This document contains additional information as provided by law.

6. *(Caution: <u>Leave blank</u> if the document does not have a delayed effective date.  Stating a delayed effective date has significant legal consequences.  Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document are   _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

7.  The true name and mailing address of the individual causing this document to be delivered for filing are

| Boland | Bethany | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

272 N Main St
*(Street number and name or Post Office Box information)*

| Alma | CO | 80420 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

|  | United States . |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*
☐  This document contains the true name and mailing address of one or more additional individuals
     causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

June 18, 2019

Bristlecone Montessori School Board of Directors:
 John, Caroline & George,

I am writing to inform the Bristlecone Montessori School (BMS) Board of Directors that effective immediately, I have made a difficult decision to leave the school.   Three weeks ago, I submitted a request to receive clarification of my employment role with BMS moving forward, hoping that a decision could be made on the future of the school.  With the lack of adequate support and the inability to have reached a consensus from all parties that committed to making changes for BMS's success and personal growth objectives back in March, I am sadly having to move onward.

According to the Bristlecone Montessori School's Articles of Incorporation: Exhibit B, Article III, Section 1, The Directors shall be responsible for the control and management of the affairs, property and interest of the Corporation, and may exercise all powers in the Corporation'.  I am providing you, to the best of my ability, all information that I am currently aware of to help BMS though its current turbulence; note these responsibilities were not listed in my previous employment. Please reach out if I can provide any information that I may have missed.

I have removed myself from all accounts regarding BMS, have no current or past outstanding financial responsibilities and left you with the most updated information possible. A signed copy of this resignation, school info / passwords, a thumb drive with all files and more are on the BMS office desk. All paper files that I have had a chance to review since March are in the wooden file cabinet in the office, the top drawer and first half of the bottom.

 On Wednesday June 19, 2019 I will be contacting all community members that have reached out to me since the end of the 2018-19 school year looking for an update. With hope that the school can succeed, I will be informing them of my personal decision to no longer be with BMS and to guide them to the Board of Directors for any further follow up.

I want to thank BMS for the learning opportunities it has provided me and when it is better equipped to support the community, I would enjoy the chance to work for the school again. The community has a great need for this school and the ability to keep it open is possible with a group of committed individuals that work together in a timely manner through this period of rebuilding. The best of luck to you all.


Sincerely,



Bethany Boland
636-448-8638
Bethany.T.Boland@gmail.com
PO Box 7755
Breckenridge, CO 80424