# EXHIBIT G

| | |
|---|---|
| ☐ County Court   ☒ District Court<br>Park County, Colorado<br><br>Park County District Court<br>300 Fourth Street<br>Fairplay, Colorado 80440 | DATE FILED: September 26, 2019 1:10 PM<br>FILING ID: CEED4D77E18BE<br>CASE NUMBER: 2019CV30064 |
| **Plaintiff**: TINA SATCH; and R.W., a minor, individually and by and through his guardian and next friend, Tina Satch<br>v.<br>**Defendant**: BRISTLECONE MONTESSORI SCHOOL; RUTHANN SHERRIER, individually and in her official capacity as Diretor of Bristlecone Montessori School; and JESSICA TERRIZZI CALDWELL, individually and in her official capacity as Assistant Director of Bristlecone Montessori School | ▲  **COURT USE ONLY**  ▲ |
| Attorney or Party Without Attorney:<br><br>Igor Raykin, Esq.<br>Kishinevsky & Raykin, Attorneys at Law<br>2851 S. Parker Rd., #150<br>Aurora, CO 80014 | Case Number: 2019CV030064<br><br>Division_____ Courtroom_____ |
| Phone Number: (720) 748-8888   E-mail:<br>FAX Number: (720) 748-8894       Atty. Reg. #: | |
| **AFFIDAVIT OF SERVICE** ||

Received by Top Hat File and Serve, Inc. to be served on **BRISTLECONE MONTESSORI SCHOOL, 272 N. MAIN ST., ALMA, Park County, CO 80420**.

I, Fred Lowe, being duly sworn, depose and say that on the **24th day of September, 2019** at **3:35 pm, I**:

served the above named entity by delivering a true copy of the **SUMMONS, COMPLAINT AND JURY DEMAND and DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** with the date and hour of service endorsed thereon by me, to : **BRANDI ARTS** a person over the age of 18 and as **DIRECTOR** on behalf of **BRISTLECONE MONTESSORI SCHOOL**, at the address of: **272 N. MAIN ST., ALMA, Park County, CO 80420**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 145, Hair: BROWN, Glasses: N

**Additional Information pertaining to this Service:**
RECIPIENT SIGNATURE OBTAINED

I have charged the following fees for my services in this matter:
  Private Process Server
  Fee: $100.00  Service of Summons and Complaint $100.00

I affirm under oath, and under penalty of perjury, that I have read the foregoing Affidavit of Service, and that the statements set forth therein are true and correct to the best of my knowledge.

| Plaintiff: TINA SATCH; and R.W., a minor, individually and by and through his guardian and next friend, Tina Satch<br>v.<br>Defendant: BRISTLECONE MONTESSORI SCHOOL; RUTHANN SHERRIER, individually and in her official capacity as Diretor of Bristlecone Montessori School; and JESSICA TERRIZZI CALDWELL, individually and in her official capacity as Assistant Director of Bristlecone Montessori School | CASE NUMBER<br>2019CV030064 |
|---|---|

State of Colorado
          ss
County of Arapahoe

Affirmed on the 26th day of September, 2019 by the affiant who is personally known to me.

_____
Notary Public

**SCOTTI J RICHARDSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 19944015224**
**MY COMMISSION EXPIRES 09/29/2022**

_____
Signature of Process Server

**Fred Lowe**
Process Server

Top Hat File and Serve, Inc.
3025 South Parker Road
Suite #705
Aurora, CO 80014
(877) 230-4794