# EXHIBIT I

**" COLONY SPECIALTY**

**COLONY INSURANCE COMPANY – COLONY SPECIALTY INSURANCE COMPANY
PELEUS INSURANCE COMPANY**

**CONTRACT DIVISION - SPECIAL EVENT - SUPPLEMENTAL APPLICATION**
ACORD Application also required - Check all applicable checkboxes below

| | |
|---|---|
| **General Agent:** Arrow Insurance Management, Inc. | **Date:** 7.5.18 |
| **Insured:** Bristlecone Montessori School | |
| **Insured Mailing Address:** PO Box 236, Alma, CO 80420 | |
| **Insured's Web Address:** | |
| **Insured Contact Name:** Ruthann Sherrier | |



