# EXHIBIT J

| | |
|---|---|
| **From:** | Ruthann Sherrier |
| **To:** | Jennifer Kalvestran |
| **Subject:** | [EXTERNAL] Re: [EXTERNAL] [EXTERNAL] Re: [EXTERNAL] 2020-cv-01269 case conferral |
| **Date:** | Tuesday, February 16, 2021 6:20:14 PM |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jennifer,

Bristlecone Montessori School was a non-profit. I was not an owner. I was employee hired by the Board of Directors.

Here are the names and addresses of the Board of Directors - At time of underling issue

Laura Horvath - 451 Roberts Rd, Alma, CO 80420

Catherine Starnes - 490 Fifth Street Alma, CO 80420

Audrey Benecke - 1158 CO RD 6, Alma, CO 80420

Tina Satch - 1457 Bluestem WY, Fairplay, CO 80440


Board of Directors - After I was let go as an employee

Audrey Benecke - 1158 CO RD 6, Alma, CO 80420

George Benecke - 1158 CO RD 6, Alma, CO 80420

Caroline Burns - 2205 CO RD 12, Alma, CO 80420

John Burns - 2205 CO RD 12, Alma, CO 80420


My back up hard drive is not loading that has copies of the corporate documents, but I will send corporate documents to you when I have them.

Ruthann Sherrier


> On Feb 12, 2021, at 12:24 PM, Jennifer Kalvestran <JKalvestran@gustlaw.com> wrote:
>
> Thanks, everyone.  We will modify the calendar invite.  Have a great holiday weekend.