# EXHIBIT K

# STATE OF COLORADO
## SECRETARY OF STATE



## Registration Statement
## For Colorado Charitable Organizations

### Renewal

**Registration Number:** 20083007861

**Renewal Id:** 20193028932

**1. Organization's name:** BRISTLECONE MONTESSORI SCHOOL

**2. Organization's principal address and any other Colorado offices:**

    **Street address:** 272 NORTH MAIN

    **City:** ALMA    **State:** CO **Zip:** 80420    **Country:** United States

    **Mailing address (if different):** PO BOX 236

    **City:** ALMA    **State:** CO **Zip:** 80420    **Country:** United States

    **Telephone number:** 719-838-4060    **Fax number:**

    **Email:** ALMAMONTESSORICOOP@GMAIL.COM

    **Web site:** WWW.ALMAMONTESSORICOOPERATIVE.ORG

**3. Describe the organization's exempt purpose:**

THE BRISTLECONE MONTESSORI SCHOOL MISSION IS TO CREATE AN ENVIRONMENT THAT ALLOWS CHILDREN TO EXPLORE, LEARN AND JOYFULLY MASTER THEIR WORLD. TO ACHIEVE THIS MISSION, BRISTLECONE MONTESSORI SCHOOL USES THE PRINCIPLES AND PHILOSOPHIES DEVELOPED BY DR. MARIA MONTESSORI. DR. MONTESSORI'S METHOD OF EDUCATION RECOGNIZES THAT CHILDREN NEED TO LEARN BY DOING AND THAT EDUCATION SHOULD BE A POWERFUL FORCE IN CREATING RESPONSIBLE AND CARING INDIVIDUALS. THE SCHOOL IS COMMITTED TO THE MONTESSORI APPROACH TO EDUCATION PROVIDING A LOVING, PEACEFUL, AND ENGAGING ENVIRONMENT FOR CHILDREN. BRISTLECONE MONTESSORI SCHOOL SERVES 15-30 CHILDREN AGES 2 1/2-10.

**4. FEIN (Federal Employer Identification Number):** 86-1164315

**5. Has the organization applied for or been granted IRS tax exempt status? :** Yes

    **Date of determination letter, or of application if determination is pending:** 08/22/2007

    **If tax exempt, IRS code:** 501(C)(3)

    **Are contributions to the organization tax deductible?:** Yes

### 6. List the NTEE code(s) that best describes your organization:
EDUCATION

### 7. Other names under which organization solicits:
ALMA MONTESSORI COOPERATIVE
ALMA MONTESSORI FARM TO SCHOOL INITIATIVE
ALMA MONTESSORI HOMESCHOOL COOPERATIVE

### 8. Custodian of organization's financial records:
**Name:** SHERRIER, RUTHANN S
**Street Address:** 272 NORTH MAIN
**City:** ALMA  **State:** CO  **Zip:** 80420  **Country:** United States
**Phone Number:** 719-836-2552
**Email:** SHERRIER@WILDBLUE.NET

**President/Board Chair:**
**Name:** CASEY, FETROW
**Phone Number:** 7198384060
**Email:** CASEYFETROW@GMAIL.COM

### 9. Names of officers, directors, trustees, and executive personnel of the charitable organization:
**Name:** ARTS, BRANDI
**Title:** DIRECTOR/HEAD OF SCHOOL

**Name:** BURNS, JOHN
**Title:** BOARD MEMBER

**Name:** FETROW, CHELSEA
**Title:** BOARD MEMBER

**Name:** LOSH, TIFFANY
**Title:** BOARD MEMBER

**Name:** BURNS, CAROLINE
**Title:** BOARD MEMBER

### 10. Name of authorized officer who signed this registration statement:
**Name:** N/A
**Date:** N/A