

**Park County Sheriff's Office**
# Sheriff Tom McGraw
P.O. Box 604
Fairplay, CO 80440
Fairplay: 719-836-2494
Bailey Substation: 303-838-4441

CIVIL NUMBER* __10576__   DATE __3/31/2021__   SERVICE TYPE __Summons; Complaint; Order__
*Reference this number on all correspondence

PERSON TO BE SERVED: __Audrey Benecke__   ADDRESS: __1158 Co Rd 6__
__Alma, CO 80420__

SERVE BY DATE: __4/9/2021__

REQUESTED BY: __Gust Rosenfeld P.L.C.__   PHONE: 602-257-7464   FAX: 602-254-4878
ATTN: _____   EMAIL ADDRESS: bleonard@gustlaw.com
ADDRESS: __One East Washington St. Ste 1600__
CITY: __Phoenix__   STATE: __AZ__   ZIP: __85004__

NOTES:
Papers served to Audrey Benecke

| | | | | | |
|---|---|---|---|---|---|
| Date Served: | 4/5/2021 | Time Served: | 8:14 PM | Total Mileage: 32 | No Service: |
| Service Fee: | $35.00 | | (We have increased our mileage cost to $.50 per mile | | |
| Mileage Fee: | $ 16.00 | | There is a 2 mile minimum charge for service) | | |
| Postage Due | | | | | |
| Total Due: | $51.00 | | | | |
| Total received: | $0.00 | Check # | | Ck Date | |
| | | Check # | | Ck Date | |
| **Balance Due:** | **$51.00** | Date Billed: | | | |

Refund of:   Refund Vouchered:

**Processes Attempted**

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| | 4/5/2021 | 15:09 | 1158 Co Rd 6 | Martin | 16 | no contact |
| | 4/5/2021 | 20:14 | 1158 Co Rd 6 | Deaton | 16 | served |



## RETURN OF SERVICE

I declare under oath that I served the **Summons; Complaint; and Order** in Park County, State of Colorado upon **Audrey Benecke** at the following location; **1158 Co Rd 6   Alma, CO 80420** on:

(date) 04/05/2021          (time) 2014

_X_ by handing it to the above individual identified to me as
Audrey Benecke .
____ by leaving it with the defendant, who refused service.
____ by leaving it with _____, _____
                                                                       (relationship)

*********************************************************************************

### Unable to Serve

Date:_____        Time:_____

Service was attempted on _____ occasions to (subject's name)_____
but have been **unable to serve** the party for the following reason(s):_____
_____
_____

*********************************************************************************

_____[signature]_____
Park County Sheriff's Officers Signature

Matthew L Deaton #9283
Printed Last Name