

**Park County Sheriff's Office**
**Sheriff Tom McGraw**
P.O. Box 604
Fairplay, CO 80440
Fairplay: 719-836-2494
Bailey Substation: 303-838-4441

| | | | |
|---|---|---|---|
| CIVIL NUMBER* 10577 | DATE 3/31/2021 | SERVICE TYPE | Summons; Complaint; Order |

*Reference this number on all correspondence

| | | | |
|---|---|---|---|
| PERSON TO BE SERVED: | George Benecke | ADDRESS: | 1158 Co Rd 6 |
| | | | Alma, CO 80420 |

SERVE BY DATE: 4/9/2021

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Gust Rosenfeld P.L.C. | PHONE: 602-257-7464 | | FAX: 602-254-4878 |
| ATTN: | | EMAIL ADDRESS: | bleonard@gustlaw.com | |
| ADDRESS: | One East Washington St. Ste 1600 | | | |
| CITY: | Phoenix | STATE: AZ | ZIP: | 85004 |

NOTES:

Papers served to Audrey Benecke - Xwife

| | | | | |
|---|---|---|---|---|
| Date Served: | 4/5/2014 | Time Served: 8:14 PM | Total Mileage: | No Service: |
| Service Fee: | | $10.00 | (We have increased our mileage cost to $.50 per mile | |
| Mileage Fee: | $ | - | There is a 2 mile minimum charge for service) | |
| Postage Due | | | | |
| Total Due: | | $10.00 | | |
| Total received: | | $0.00 | Check # | Ck Date |
| | | | Check # | Ck Date |
| Balance Due: | | $10.00 | Date Billed: | |
| Refund of: | | | Refund Vouchered: | |

**Processes Attempted**

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| | 4/5/2021 | 15:09 | 1158 CoRd 6 | Martin | 16-n/a | no contact |
| | 4/5/2021 | 20:14 | 1158 CoRd 6 | Deaton | 16 - n/a | served |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



## RETURN OF SERVICE

I declare under oath that I served the **Summons; Complaint; and Order** in Park County, State of Colorado upon **George Benecke** at the following location; **1158 Co Rd 6   Alma, CO 80420** on:

(date) 04/05/2021            (time) 2014

\_\_\_ by handing it to the above individual identified to me as

_____ .

\_\_\_ by leaving it with the defendant, who refused service.

_x_ by leaving it with Audrey Benecke , ex-wife
                                          (relationship)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *Unable to Serve*

Date:_____     Time:_____

Service was attempted on _____ occasions to (subject's name)_____
but have been **unable to serve** the party for the following reason(s):_____
_____
_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*[signature]*
Park County Sheriff's Officers Signature

Matthew L Deaton #9283
Printed Last Name