# AFFIDAVIT OF SERVICE

| Case: 20-cv-01269-CMA-STV | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job: 5525935 |
|---|---|---|---|
| Plaintiff / Petitioner: COLONY INSURANCE COMPANY | | Defendant / Respondent: BRISTLECONE MONTESSORI SCHOOL, et al | |
| Received by: Braddy Investigative Group, Inc. | | For: Gust Rosenfeld PLC | |
| To be served upon: James D. Murdock II | | | |

I, Florence Sebern, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** James D. Murdock II, Taylor Anderson LLP: 1670 Broadway Suite 900, Denver, CO 80202
**Manner of Service:** Personal/Individual, Apr 8, 2021, 3:34 pm MDT
**Documents:** Summons, Complaint, Order Granting Second Verified Motion for Alternate Service of Defendant Bristlecone Montessori School and for Enlargement of Time

**Additional Comments:**
1) Successful Attempt: Apr 8, 2021, 3:34 pm MDT at Taylor Anderson LLP: 1670 Broadway Suite 900, Denver, CO 80202 received by James D. Murdock II.
I entered the 1670 Building, checked in with the reception desk in the lobby, signed the visitor log with my name and telephone number, stated that I had business with Taylor Anderson, and was issued a badge. I used the badge to access the elevator and the entry door to the Taylor Anderson suite. After entering the suite, I clipped the badge to my left front shirt pocket in plain sight. There was no one in the suite's entry area, but I could hear muffled voices, so I walked the circular corridor looking for assistance. I passed two offices with doors closed and individuals talking on the phone. I came to an office with a partially closed door, and a male seated at a desk who appeared to be involved in a Zoom call. There was a glass insert to the side of the office door and I could see a framed legal certificate from Rutgers with the name James Douglas Murdock II on the certificate. The male in the office matched the photo of Mr. Murdock. I knocked lightly on the door, entered the room, and said, "Mr. Murdock?" He responded affirmatively, I identified the legal documents, handed them to him, and walked out of the office. As I walked down the corridor to the suite's entry door, I heard Mr. Murdock ask, "Who gave you access?" Since I was wearing the Taylor Anderson badge in plain sight, had effectuated service, am trained to avoid confrontation, and Mr. Murdock is not our client, I continued to walk to the entry door without hesitation and with no response. Exit from the suite's doors did not require swiping the badge, so I continued through the door and to the elevator, located in the hallway. Mr. Murdock asked again, "Who gave you access?" to which I did not respond or look back. I entered the elevator, returned to the lobby, turned in the badge at the reception desk, and left the building.

_Florence Sebern_ 4/9/21
Florence Sebern   Date

Braddy Investigative Group, Inc.
PO Box 24228
Denver, CO 80224
303-860-1380

Subscribed and sworn to before me by the affiant who is personally known to me.

_Amy Wesoloskie_
Notary Public

4/9/21                    11/20/24
Date                      Commission Expires

AMY WESOLOSKIE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004019287
MY COMMISSION EXPIRES NOVEMBER 20, 2024