

**Park County Sheriff's Office**
**Sheriff Tom McGraw**
P.O. Box 604
Fairplay, CO 80440
Fairplay: 719-836-2494
Bailey Substation: 303-838-4441

| | | | |
|---|---|---|---|
| CIVIL NUMBER* 10579 | DATE 3/31/2021 | SERVICE TYPE | Summons; Complaint; Order |

*Reference this number on all correspondence

| | | | |
|---|---|---|---|
| PERSON TO BE SERVED: | John Burns | ADDRESS: | 2205 Co Rd 12 |
| | | | Alma, CO 80420 |

SERVE BY DATE: 4/9/2021

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Gust Rosenfeld P.L.C. | PHONE: 602-257-7464 | | FAX: 602-254-4878 |
| ATTN: | | EMAIL ADDRESS: | bleonard@gustlaw.com | |
| ADDRESS: | One East Washington St. Ste 1600 | | | |
| CITY: | Phoenix | STATE: AZ | ZIP: | 85004 |

**NOTES:**

Papers served to John Burns

| | | | | |
|---|---|---|---|---|
| Date Served: | 4/8/2021 | Time Served: 10:35 AM | Total Mileage: 0 | No Service: |
| Service Fee: | $10.00 | (We have increased our mileage cost to $.50 per mile | | |
| Mileage Fee: | $ - | There is a 2 mile minimum charge for service) | | |
| Postage Due | | | | |
| Total Due: | $10.00 | | | |
| Total received: | $0.00 | Check # | Ck Date | |
| | | Check # | Ck Date | |
| **Balance Due:** | **$10.00** | Date Billed: | | |
| **Refund of:** | | **Refund Vouchered:** | | |

**Processes Attempted**

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| | 4/5/2021 | 14:49 | 2205 CR 12 | Martin | 14 | no contact |
| | 4/5/2021 | 20:24 | 2205 CR 12 | Deaton | 14 | no contact |
| | 4/8/2021 | 10:35 | 2205 CR 12 | Darion | 14 | served |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



## RETURN OF SERVICE

I declare under oath that I served the **Summons; Complaint; and Order** in Park County, State of Colorado upon **John Burns** at the following location; **2205 Co Rd 12  Alma, CO 80420** on:

(date) 4/8/21          (time) 1035

_X_ by handing it to the above individual identified to me as
JOHN BURNS.

____ by leaving it with the defendant, who refused service.

____ by leaving it with _____, _____
                                                                (relationship)

*******************************************************************************

## Unable to Serve

Date:_____        Time:_____

Service was attempted on _____ occasions to (subject's name)_____
but have been **unable to serve** the party for the following reason(s):_____
_____
_____

*******************************************************************************

_____
Park County Sheriff's Officers Signature

D Agua
Printed Last Name