Bristlecone Montessori School's response to Civil Case: 20-cv-01269-CMA-STV

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
8:21 am, May 17, 2021
**JEFFREY P. COLWELL, CLERK**

5/16/21

Bristlecone Montessori School is no longer an entity. It is my understanding that the Non-Profit is listed as delinquent with the Colorado Secretary of State. I was no longer an employee with the organization when it was closed down. Being a 501c3, Bristlecone Montessori School has no owners. In Article III of Bristlecone Montessori School's By Laws, the Board of Directors shall be responsible for control and management of the affairs, property and interests of the Corporation.  I, Ruthann Sherrier, gave Gust Rosenfeld law firm a list of physical address for contacts of known board members on my last day of employment. In Park County Colorado we do not receive mail at our physical addresses. I gave those addresses because I thought they were going to physically serve papers on these individuals. Additionally, In reviewing the documents attached to the second motion of Alternative services there is a document that was filed for renewal of Charity Status where the directors named me as the Custodian of Financial Records. I was no longer in employment when this document was filed so I was falsely named by the listed individuals. There are also two different Board Members listed, Chelsea Fetrow and Tiffany Losh.

Being no longer in existence Bristlecone Montessori School does not have the means to retain an attorney and it is obvious that the former Board of Directors are not taking responsibility as per their duties stated in the Corporation By Laws.

I believe that it is not my responsibility to be the representative of Bristlecone Montessori School in Colony Insurance Company's Civil Action against Bristlecone Montessori School - Civil Case: 20-cv-01269-CMA-STV, but since I don't have the means to personally hire a lawyer to explain the ramifications of Bristlecone Montessori School non response, I am unsure of how to proceed.

Clerk of the Court
U.S. District Court for the District of Colorado 901 19th Street, Room A105
Denver, CO 80294-3589