# EXHIBIT 1



■ 1624 MARKET ST., SUITE 202 ■ DENVER, COLORADO 80202 ■ TELEPHONE 303-648-4042 ■ FACSIMILE 602-254-4878 ■

JENNIFER C. KALVESTRAN
310-620-3083
jkalvestran@gustlaw.com
Admitted in California, Nevada,
Arizona and Minnesota

May 6, 2021

**Via Certified Mail, R.R.R.**

| | | |
|---|---|---|
| John Burns | Caroline Burns | James D. Murdock, II |
| 2205 CO RD 12 | 2205 CO RD 12 | Taylor Anderson LLP |
| Alma, CO 80420 | Alma, CO 80420 | 1670 Broadway, Suite 900 |
| | | Denver, CO 80202 |
| George Benecke | Audrey Benecke | Ruthann Sherrier |
| 1158 CO RD 6 | 1158 CO RD 6 | 910 Jones Street |
| Alma, CO 80420 | Alma, CO 80420 | Berkeley, CA 94710 |

   Re: *Colony Insurance Company v. Bristlecone Montessori School, et al.*
       Court Case No. 20-cv-01269-CMA-STV
       Our File No. 028909-00007

Dear Sirs and Madames:

As you may know, I am an attorney for Colony Insurance Company (CIC) in the above lawsuit. CIC issued an insurance policy to Bristlecone Montessori School. CIC has filed a lawsuit against Bristlecone and others because a dispute has arisen as to the availability and/or amount of insurance coverage available for the lawsuit entitled *R.W., a minor, et al, v. Bristlecone Montessori School, et al.*, District Court for the State of Colorado, County of Park, Court File No. 2019CV30064.

Because Bristlecone is listed as "delinquent" with the Colorado Secretary of State, its physical location no longer exists, and its registered agent has resigned with no replacement appointed, the Court allowed CIC to serve you, on behalf of Bristlecone, in the above coverage action. In doing so, the Court did not necessarily require any of you to accept service as agents of Bristlecone. Rather, service on each of you was intended to give Bristlecone with actual notice of the lawsuit, as you are either the appropriate person to serve, or you would know the most appropriate person who should receive notice of the complaint and arrange for Bristlecone's appearance in the above lawsuit.

John Burns                           -2-                          May 6, 2021
Caroline Burns
George Benecke
Audrey Benecke
James D. Murdock, II
Ruthann Sherrier

You were served with the complaint in the above lawsuit in early April (Ms. Sherrier was served in January), and Bristlecone was required to respond by April 29, 2021 at the latest. As of the date of this letter, we have not received a response on behalf of Bristlecone, and the court record does not otherwise show any entry on Bristlecone's behalf.

Under the federal rules, Bristlecone is currently in default, given the failure to respond by the April 29, 2021 deadline. I recommend that you retain an attorney immediately to discuss this issue, and have that attorney contact me as soon as possible to discuss. Alternatively, and if you are not the appropriate person to address legal issues on behalf of Bristlecone, I recommend that you forward this letter to the most appropriate person to address this issue as soon as possible. If Bristlecone does not wish to retain an attorney, please contact me as soon as possible anyway, as I would like to work with Bristlecone to ensure that a response is filed and served on its behalf.

Please also note that the served documents included notice of a status conference scheduled to be held on **May 25, 2021**. If I do not hear from you or your attorney by May 17, 2021, CIC will move forward with default proceedings against Bristlecone.

I look forward to hearing from you.

                                                         Very truly yours,

                                                         Jennifer C. Kalvestran
                                                         For the Firm

cc:     Client
         (Via E-Mail)