# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01269 CMA-STV

COLONY INSURANCE COMPANY,

    Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch
DOES 1-10,

    Defendants.

---

## [PROPOSED] ORDER RE: COLONY INSURANCE COMPANY'S MOTION TO STRIKE BRISTLECONE MONTESSORI SCHOOL'S ANSWER TO COMPLAINT

---

    Plaintiff Colony Insurance Company's (CIC) Motion To Strike Bristlecone Montessori School's Answer to Complaint (Motion) came on regularly for hearing on _____, 2021 at 8:30 a.m., Honorable Scott T. Varholak presiding. All interested parties appeared and were represented by counsel.

    After considering the points and authorities submitted by the parties, arguments of counsel and all other evidence presented to the Court, the Court finds as follows:

    1.    CIC's Motion is **GRANTED**.

    a.    Bristlecone's purported answer (ECF No. 48) (Answer) to CIC's complaint was filed by a non-attorney. Colorado holds that in general, "a corporation cannot appear through a non-attorney corporate officer appearing pro se." *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556–57 (10th Cir. 2001).

    b.    Bristlecone's Answer consists entirely of statements that do not pertain, and are not necessary, to the issues in question, thus constituting an impertinent pleading that is subject to strike pursuant to Federal Rules of Civil Procedure 12(f).

    c.    Moreover, all of the statements made in Bristlecone's Answer are so unrelated to the allegations and claims made in CIC's complaint that they are not otherwise worthy of consideration, thus constituting a pleading containing, as a whole, immaterial matter that is subject to strike pursuant to Federal Rules of Civil Procedure 12(f).

4.    Bristlecone's Answer and all statements made therein (ECF No. 48) is hereby stricken from the record, pursuant to Federal Rule of Civil Procedure 12(f).

IT IS SO ORDERED.

Dated: _____, 2021.    BY THE COURT:

_____
Scott T. Varholak
United States Magistrate Judge