# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01269 RMR-STV

COLONY INSURANCE COMPANY,

    Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch
DOES 1-10,

    Defendants.

### [PROPOSED] ORDER RE: COLONY INSURANCE COMPANY'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO AMEND COMPLAINT

    Plaintiff Colony Insurance Company's (CIC) <u>Unopposed</u> Motion for Leave to Amend Complaint (Motion) came on regularly for hearing on _____, 2021 at __:__ a.m., Honorable Scott T. Varholak presiding. All interested parties appeared and were represented by counsel.

    After considering the points and authorities submitted by the parties, arguments of counsel and all other evidence presented to the Court, the Court finds as follows:

    1.    CIC's Unopposed Motion is **GRANTED**.

    2.    CIC's Motion was made in a timely manner.

3.  As this coverage action remains stayed, no party will suffer any prejudice by allowing CIC to amend its complaint now, to assert the reimbursement claim.

4.  CIC must file and serve a clean copy of the Amended Complaint within 14 days of this Order.

IT IS SO ORDERED.

Dated: _____, 2021.   BY THE COURT:

_____
Scott T. Varholak
United States Magistrate Judge