**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:51 am, Aug 09, 2021*
**JEFFREY P. COLWELL, CLERK**

August 7, 2021

RE: Civil Action No. 1:20-cv-01269 RMR-STV COLONY INSURANCE COMPANY, v. BRISTLECONE MONTESSORI SCHOOL

To whom it may concern,

I have received an order to file an response to this Unopposed Motion by the US District Court. I was unaware that I need to file a response. The following is my response.

I will not oppose the motion to amend the complaint. But as Ms. Caldwell and her counsel have expressed, I reserve all defenses and potential counterclaims I may have and it is the duty of the Colony Insurance to defend me in the underlying action.

Ruthann Sherrier