IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: August 12, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01269-CMA-STV

*Parties*:                                              *Counsel*:

COLONY INSURANCE COMPANY          Jennifer C. Kalvestran

      Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER                              Pro Se
JESSICA TERRIZZI CALDWELL            Marni Nathan Kloster
R.W.                                                          Michael Jeffrey Nolt

      Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**
**Court in session:   9:53 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding the status of the case.   The court notes that although it had previously allowed alternative service on Defendant Bristlecone Montessori School, they still have not entered an appearance for filed a response in this matter.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**          Plaintiff Colony Insurance Company's Unopposed Motion For Leave to Amend Complaint [Doc. No. 55, filed 7/19/2021] is **GRANTED**.  Plaintiff shall file a clean version of the amended

complaint **on or before August 16, 2021.** The court will STAY the response to the amended complaint as well as all the discovery that is already stayed in this matter.

The parties shall file with the court Joint Status Statements every 3 months with the first one being due on or before November 1, 2021, and the remaining joint status statements being due on the first of the month.

HEARING CONCLUDED.
**Court in recess:      10:00  a.m.**
Total In-Court Time:   00:07

To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 OR AB Litigation Services at (303) 629-8534.