**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-01269-RMR-STV

COLONY INSURANCE COMPANY

Plaintiff

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch,
DOES 1-10

Defendants

---

**JOINT STATUS REPORT**

---

Plaintiff Colony Insurance Company, by and through its attorneys, Defendant, Jessica Caldwell, by and through her attorneys, and Defendant R.W., by and through its attorneys[1], hereby provide the Court, pursuant to the Court's directive at the August 12, 2021 status conference, with the following Joint Status Report:

Since the August 12, 2021 status conference, Plaintiff filed a clean version of its First Amended Complaint, ECF 61, as ordered by the Court. Beyond that filing no further action has been taken by any of the parties with regard to this federal litigation. As for the underlying state litigation, it is believed that some discovery may be occurring.

[1] No attorney has entered their appearance for Bristlecone and Ms. Sherrier did not indicate her position. As such neither party participated in this status report.

Respectfully submitted this 29th day of October, 2021.

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
*Attorneys for Defendant Jessica Terrizzi Caldwell*

*s/Jennifer Kalvestran*
Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO 80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
*Attorneys for Plaintiff*

*s/Michael Nolt*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Defendants R.W., and Tina Satch*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2021, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO 80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
*Attorneys for Plaintiff*

Igor Raykin
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
Fax: (720) 523-8135
igor@coloradolawteam.com

Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 863-4256
Fax: (720) 748-8894
michael@coloradolawteam.com
*Attorneys for Defendants R.W., a Minor, and Tina Satch*

*s/Marni Nathan Kloster*
Marni Nathan Kloster
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600