**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.          1:20-CV-01269-RMR-STV

COLONY INSURANCE COMPANY

Plaintiff

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch,
DOES 1-10

Defendants

---

## JOINT STATUS REPORT

---

   Plaintiff Colony Insurance Company, by and through its attorneys, Defendant, Jessica

Caldwell, by and through her attorneys, and Defendant R.W., by and through its attorneys[1],

hereby provide the Court, pursuant to the Court's directive at the August 12, 2021 status

conference, with the following Joint Status Report:

   Since the November 1, 2021, Status Report, no further action has been taken by any of

the parties with regard to this federal litigation. As for the underlying state litigation, it is

believed that some discovery may be occurring.

---

[1] No attorney has entered their appearance for Bristlecone and Ms. Sherrier did not respond to conferrals.  As such neither party participated in this status report.

Respectfully submitted this 1st day of February 2022.

s/ Marni Nathan Kloster
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Attorneys for Defendant Jessica Terrizzi Caldwell

s/ Jennifer C. Kalvestran
Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO  80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
Attorneys for Plaintiff

s/ Michael Nolt
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
Attorneys for Defendants R.W., and Tina Satch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Marni Nathan Kloster
mkloster@ndm-law.com

Ashley Hernandez-Schlagel
ASchlagel@ndm-law.com

ATTORNEYS FOR DEFENDANT CALDWELL

Michael Nolt, Esq.
michael@coloradolawteam.com

Igor Raykin, Esq.
igor@coloradolawteam.com

ATTORNEYS FOR DEFENDANT R.W.


I also hereby certify that on this 1st day of February, 2022, I mailed a copy to the following:

Ruthann Sherrier
910 Jones Street
Berkeley, CA 94710


*s/ Brittany Leonard*