IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    1:20-CV-01269-RMR-STV

COLONY INSURANCE COMPANY

Plaintiff

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch,
DOES 1-10

Defendants

## JOINT STATUS REPORT

Plaintiff Colony Insurance Company, by and through its attorneys, Defendant, Jessica Caldwell, by and through her attorneys, and Defendant R.W., by and through its attorneys[1], hereby provide the Court, pursuant to the Court's directive at the August 12, 2021 status conference, with the following Joint Status Report:

Since the February 1, 2022 Status Report, the parties understand that a settlement in principle may have been reached in the underlying state litigation, but it has not been finalized. The parties are not able to advise the Court when a settlement may be finalized, at this time.

---

[1] No attorney has entered their appearance for Bristlecone and Ms. Sherrier did not respond to conferrals. As such neither party participated in this status report.

4433481.1

Respectfully submitted this 2nd day of May, 2022.

                    *s/ Marni Nathan Kloster*
                    Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
mkloster@ndm-law.com
*Attorneys for Defendant Jessica Terrizzi Caldwell*


*s/ Jennifer C. Kalvestran*
Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO  80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
*Attorneys for Plaintiff*


*s/ Michael Nolt*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Defendants R.W., and Tina Satch*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Marni Nathan Kloster
mkloster@ndm-law.com

Ashley Hernandez-Schlagel
ASchlagel@ndm-law.com

ATTORNEYS FOR DEFENDANT CALDWELL

Michael Nolt, Esq.
michael@coloradolawteam.com

Igor Raykin, Esq.
igor@coloradolawteam.com

ATTORNEYS FOR DEFENDANT R.W.

I also hereby certify that on this 2nd day of May, 2022, I mailed a copy to the following:

Ruthann Sherrier
910 Jones Street
Berkeley, CA 94710


*s/ Brittany Leonard*