IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        1:20-CV-01269-RMR-STV

COLONY INSURANCE COMPANY

Plaintiff

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch,
DOES 1-10

Defendants

## JOINT STATUS REPORT

Plaintiff Colony Insurance Company, by and through its attorneys, Defendant, Jessica Caldwell, by and through her attorneys, and Defendant R.W., by and through its attorneys[1], hereby provide the Court, pursuant to the Court's directive at the August 12, 2021 status conference, with the following Joint Status Report:

The Parties have reached a settlement in the underlying state action. Plaintiff in the underlying state action is in the process of obtaining documents for the probate paperwork. Finalization of the settlement in the underlying action is contingent on probate court approval.

---

[1] No attorney has entered their appearance for Bristlecone and Ms. Sherrier did not respond to conferrals. As such neither party participated in this status report.

Respectfully submitted this 2nd day of August 2022.

/s/*Marni Nathan Kloster*
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
*Attorneys for Defendant Jessica Terrizzi Caldwell*

/s/*Jennifer C. Kalvestran*
Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO  80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
*Attorneys for Plaintiff*

/s/ *Igor Raykin*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Defendants R.W., and Tina Satch*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer C. Kalvestran
jkalvestran@gustlaw.com

Jay Richard Graif
j.graif@gustlaw.com
ATTORNEYS FOR PLAINTIFF

Ashley M. Hernandez-Schlagel
aschlagel@ndm-law.com

Marni Nathan Kloster
mkloster@ndm-law.com
ATTORNEYS FOR DEFENDANT CALDWELL

*s/ Kyle Miller*
Kyle Miller, Legal Assistant