IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     1:20-CV-01269-RMR-STV

COLONY INSURANCE COMPANY

Plaintiff

v.

BRISTLECONE MONTESSORI SCHOOL,
RUTHANN SHERRIER,
JESSICA TERRIZZI CALDWELL,
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch,
DOES 1-10

Defendants

## JOINT STATUS REPORT

Plaintiff Colony Insurance Company, by and through its attorneys, Defendant, Jessica Caldwell, by and through her attorneys, and Defendant R.W., by and through its attorneys[1], hereby provide the Court, pursuant to the Court's directive at the August 12, 2021 status conference, with the following Joint Status Report:

The Parties have reached a settlement in the underlying state action. Plaintiff in the underlying state action is still working to complete the probate approval process. Finalization of the settlement in the underlying action is contingent on probate court approval. Finalization of the settlement in the underlying action will resolve this action.

---

[1] No attorney has entered their appearance for Bristlecone and Ms. Sherrier did not respond to conferrals. As such neither party participated in this status report.

-2-

DATED: February 2, 2023

Respectfully submitted by:

/s/*Marni Nathan Kloster*
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
*Attorneys for Defendant Jessica Terrizzi Caldwell*


/s/*Jennifer C. Kalvestran*
Jay R. Graif
Jennifer C. Kalvestran
GUST ROSENFELD, P.L.C.
1624 Market St., Suite 202
Denver, CO  80202
jgraif@gustlaw.com
jkalvestran@gustlaw.com
*Attorneys for Plaintiff*


/s/ *Igor Raykin*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Defendants R.W., and Tina Satch*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Jennifer C. Kalvestran
    jkalvestran@gustlaw.com

    Jay Richard Graif
    j.graif@gustlaw.com
    ATTORNEYS FOR PLAINTIFF

    Ashley M. Hernandez-Schlagel
    aschlagel@ndm-law.com

    Marni Nathan Kloster
    mkloster@ndm-law.com
    ATTORNEYS FOR DEFENDANT CALDWELL

*s/ Kyle Miller*
Kyle Miller, Legal Assistant