# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01269 CMA-STV

COLONY INSURANCE COMPANY,

      Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch
DOES 1-10,

      Defendants.

## NOTICE OF ADDRESS CHANGE

      Jennifer C. Kalvestran, counsel for Plaintiff Colony Insurance Company, hereby notifies the Court that counsel's contact information has changed as described below:

> Jennifer C. Kalvestran (CO Bar No. 56242)
> Anderson, McPharlin & Conners, LLP
> 707 Wilshire Boulevard, Suite 4000
> Los Angeles, California 90017-3623
> Phone:  (213) 688-0080
> Fax:     (213) 622-7594
> Email:  jck@amclaw.com

/ / /

/ / /

/ / /

/ / /

/ / /

2743848.1 4159119.1

1

Dated:  May 8, 2023                    Respectfully submitted,

/s/ Jennifer C. Kalvestran
Jennifer C. Kalvestran (CO Bar No. 56242)
Anderson, McPharlin & Conners, LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Phone:  (213) 688-0080
Fax:     (213) 622-7594
Email:  jck@amclaw.com
*Attorneys for Plaintiff Colony Insurance  Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Marni Nathan Kloster
mkloster@ndm-law.com

Ashley Hernandez-Schlagel
ASchlagel@ndm-law.com

ATTORNEYS FOR DEFENDANT CALDWELL

Michael Nolt, Esq.
michael@coloradolawteam.com

Igor Raykin, Esq.
igor@coloradolawteam.com

ATTORNEYS FOR DEFENDANT R.W.

I also hereby certify that on this 8th day of May 2023, I e-mailed and mailed a copy to the following:

Ruthann Sherrier
910 Jones Street
Berkeley, CA 94710

rrphyss75@gmail.com

*Ezabella Akopians*

_____
Ezabella Akopians, Legal Assistant