# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01269 CMA-STV

COLONY INSURANCE COMPANY,

    Plaintiff,

v.

BRISTLECONE MONTESSORI SCHOOL
RUTHANN SHERRIER
JESSICA TERRIZZI CALDWELL
R.W., a minor, individually and by and through his guardian and next friend, Tina Satch
DOES 1-10,

    Defendants.

## STIPULATION FOR DISMISSAL

COMES NOW the following parties, by and through their counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to a full dismissal with prejudice of all claims which were raised or which could have been raised in this matter, each party to pay its own attorney's fees and costs.[1]

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing the above-referenced action and all Parties' claims against one another in the above-referenced action, with prejudice, each party to pay its own attorney's fees and costs.

/ / /

---

[1] Bristlecone has not appeared in this action.

For the convenience of the Court a proposed Order is attached hereto.

DATED:   May 8, 2023

Respectfully submitted,

/s/ Marni Nathan Kloster
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
*Attorneys for Defendant Jessica Terrizzi Caldwell*

/s/ Jennifer C. Kalvestran
Jennifer C. Kalvestran
Anderson, McPharlin & Conners, LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Phone:  (213) 688-0080
Fax:    (213) 622-7594
Email:  jck@amclaw.com
*Attorneys for Plaintiff Colony Insurance Company*

/s/ Igor Raykin
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 S. Parker Road, Suite 150
Aurora, Colorado 80014
Tel: (720) 767-1846
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Defendants R.W., and Tina Satch*

/s/ Ruthann Sherrier, In Pro Per
Ruthann Sherrier, *In Pro Per*

2744886.1 4159119.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Marni Nathan Kloster
mkloster@ndm-law.com

Ashley Hernandez-Schlagel
ASchlagel@ndm-law.com

ATTORNEYS FOR DEFENDANT CALDWELL

Michael Nolt, Esq.
michael@coloradolawteam.com

Igor Raykin, Esq.
igor@coloradolawteam.com

ATTORNEYS FOR DEFENDANT R.W.

I also hereby certify that on this 8th day of May 2023, I e-mailed and mailed a copy to the following:

Ruthann Sherrier
910 Jones Street
Berkeley, CA 94710

rrphyss75@gmail.com

*Ezabella Akopians* (signature)

---

Ezabella Akopians, Legal Assistant